8657.    NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY
*v.* TATUM.

WADE, C. J.   1. The various exceptions to the charge of the court, on account of alleged inaccuracies in presenting the issues raised by the evidence, are without substantial merit; nor is a reversal required by

any of the remaining grounds of the amendment to the motion for a new trial.

2. There was no demurrer, and this court can not say as a matter of law that the alleged damages were too remote to authorize a recovery, or that the evidence adduced at the trial did not reasonably support the deduction, under the ruling in *Stoner* v. *Patten*, 132 *Ga.* 178, 63 S. E. 897); that said damages resulted directly from the acts and conduct of the defendant; and the trial judge having approved the verdict, his judgment in overruling the motion for a new trial is

*Affirmed. Jenkins and Luke, JJ., concur.*

DECIDED DECEMBER 12, 1917.

Action for damages; from Dade superior court—Judge Fite. November 27, 1916.

*Payne & Hale,* for plaintiff in error.   *B. T. Brock,* contra.